# Exhibit A

# PURCHASE ORDER

**Cosma Casting Michigan**
A Division of Dieomatic Incorporated
10 Clark Rd.
Battle Creek, MI 49037
Phone: 269-966-4900  Fax: 269 966 4924
Email: CCM_SH_Purchasing@magna.com

REVISION # 113
SPOT ORDER
BLANKET ORDER   X

PURCHASE ORDER NO.
**110056**
This number MUST appear on all Packing Slips, Invoices, etc.

| SUPPLIER | SHIP-TO |
|---|---|
| GENERAL ALUMINUM-FREMONT, IN     GEN003<br>303 E. SWAGER DR<br>FREMONT, IN 46737<br><br>TEL: 330-298-7254 | COSMA CASTING MICHIGAN     CCMI<br>10 CLARK RD.<br>BATTLE CREEK, MI  49037 |

| PAYMENT TERMS | F.O.B. POINT | | | SHIP VIA |
|---|---|---|---|---|
| NET 55 DAYS | Free Carrier | | | TRUCK |
| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
| 4/17/19 | ** See Below ** | ☐ | ☒ | ☐ Prepaid  ☒ Collect  ☐ Invoice |

***All Invoices must be submitted via email to Cosma Casting Michigan (CCMi) AP department at CCM_SH_CCMAccounting@magna.com***

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1-230-A00-900 | BEV FR SUBFRAME FG | .00 | EA | 118.87860 | EA | .00 |
| | Req. Date: 7/31/24 | REQR       : SA | | | | | |
| | | GL ACCT#   : 151010200 | | | | | |
| 2 | 1-230-A02-899 | BEV FR SUBFRAME GP12<br>RX021413<br>VPT#: 1230A02899 | .00 | EA | 125.23580 | EA | .00 |
| | Req. Date: 7/31/24 | REQR       : SA | | | | | |
| | | GL ACCT#   : 151010100 | | | | | |
| 3 | 1-230-A02-900 | BEV FR SUBFRAME FG<br>RX021413 | .00 | EA | 125.23580 | EA | .00 |
| | Req. Date: 12/28/23 | REQR       : NDE | | | | | |
| | | GL ACCT#   : 151010200 | | | | | |

* Initial PO Notes:
- Alloy Cost shall be computed for the current months' production based on the Metals Week Monthly Averages as published by Platt's using the Two (2) Month's prior Midwest Transaction Price + $.10 per pound adder Example: April Pricing would be based on February published average.
- Initial piece price $104.445 each (based on alloy cost/lb of $1.13705)
- Piece Price includes: cast, trim, 100% X-Ray, T5 Heat Treatment, 100% Die Penetrant (safe launch until capability is proven), machining, mechanical testing and certification and packing into returnable containers
- Piece Price includes a casting production scrap assumption of 30% (scrap is detected and contained at GAMCO Location). GAMCO and CCMi have agreed to reveiw production scrap at 3 months and 6 months after SOP. After 3

SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY

**IMPORTANT**
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an intergral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDTIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Casting Michigan rules and requirements and applicable legislation.

CONTINUED NEXT PAGE ......





**COSMA INTERNATIONAL**

**Cosma Casting Michigan**
A Division of Dieomatic Incorporated
10 Clark Rd.
Battle Creek, MI 49037
Phone: 269-966-4900  Fax: 269 966-4924
Email: CCM_SH_Purchasing@magna.com

# PURCHASE ORDER

REVISION # 113
SPOT ORDER
BLANKET ORDER    X

| PURCHASE ORDER NO. |
|---|
| 110056 |
| This number MUST appear on all Packing Slips, Invoices, etc. |

## SUPPLIER

GENERAL ALUMINUM-FREMONT, IN    GEN003
303 E. SWAGER DR
FREMONT, IN 46737

TEL: 330-298-7254

## SHIP-TO

COSMA CASTING MICHIGAN    CCMI
10 CLARK RD.
BATTLE CREEK, MI  49037

| PAYMENT TERMS | F.O.B. POINT | | | SHIP VIA | |
|---|---|---|---|---|---|
| NET 55 DAYS | Free Carrier | | | TRUCK | |
| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES | |
| 4/17/19 | ** See Below ** | ☐ | ☒ | ☐ Prepaid  ☒ Collect  ☐ Invoice | |

***All Invoices must be submitted via email to Cosma Casting Michigan (CCMi) AP department at CCM_SH_CCMAccounting@magna.com***

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | months of production, GAMCO to provide all scrap data to CCMi including by Dollar Amount (% of sales) and by defect to determine actual levels. At 6 months GAMCO must also measure performance of improvement. Scrap reduction adjustments to piece price shall be based on:<br>  - 30% to 26%<br>  - 25% to 21% - $.89 each reduction<br>  - 20% to 15% - $.89 each reduction<br>- Prototype and trial parts to be provided at production piece price. An estimated of up to 500 pcs will be required<br>- Logistics (to/from) provided by CCMi. Freight FCA at Fremont, IN<br>- GAMCO to maintain a minimum of 3 days of ready to ship inventory on Fremont, IN plant floor<br>- GAMCO to provide Level 3 PPAP with 30 piece capability The PPAP Elememts:<br>Design records - required<br>Process flow diagrams - required<br>Process FMEA - Required<br>Control Plan - Required<br>MSA - for internally identified significant features. Features to be reviewed with and approved by CCMi<br>Dimensional analysis - 5 piece A to B comparison with Grenville Product for initial phases. 5 piece A to B comparison with Phase 1 parts for final phase<br>Material performances results - X-Ray summaries, materials properties testing results, chemical composition summary | | | | | |

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

**IMPORTANT**
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an intergral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDTIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Casting Michigan rules and requirements and applicable legislation.





**Cosma Casting Michigan**
A Division of Dieomatic Incorporated
10 Clark Rd.
Battle Creek, MI 49037
Phone: 269-966-4900  Fax: 269-966-4924
Email: CCM_SH_Purchasing@magna.com

# PURCHASE ORDER

REVISION # 113
SPOT ORDER
BLANKET ORDER    X

| PURCHASE ORDER NO. |
|---|
| 110056 |
| This number MUST appear on all Packing Slips, Invoices, etc. |

| SUPPLIER | SHIP-TO |
|---|---|
| GENERAL ALUMINUM-FREMONT, IN    GEN003<br>303 E. SWAGER DR<br>FREMONT, IN 46737<br><br>TEL: 330-298-7254 | COSMA CASTING MICHIGAN    CCMI<br>10 CLARK RD.<br>BATTLE CREEK, MI  49037 |

| PAYMENT TERMS | F.O.B. POINT | SHIP VIA |
|---|---|---|
| NET 55 DAYS | Free Carrier | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 4/17/19 | ** See Below ** |  | X | ☐ Prepaid   ☒ Collect   ☐ Invoice |

***All Invoices must be submitted via email to Cosma Casting Michigan (CCMi) AP department at CCM_SH_CCMAccounting@magna.com***

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|

Initial process studies - for internally identified significant features
30 peices. Minitab 6 pac analysis preferred
Qualified laboratory documentation - IATF Certification
Master Sample - To be retained at General Aluminum from each phase
PSW - to current AIAG template
- Service and Replacement Part Required: GAMCO will sell to CCMi Finished
Parts for CCMi to fulfill its current model and service and Replacement
parts requirements to CCMi's Customer adjusted only for differences in
packaging and logistics cost, all as approved by CCMi for a period
of 15 years. Unless otherwise agreed to by CCMi, the pricing formula during
the first 5 years of this period will remain the same as at the conclusion
of the current model purchases. For the remainder of this period, the price
for goods will be as agreed to by the parties.
- GAMCO agrees to meet Supplier Capacity of 235 parts per day based on
5 days per week, 47 weeks per year, plus an additional weekly Max
Capacity rate of 15%.  Additional tooling approved by Customer for volume
uplift to 300 pieces per day.
Amended and Restated Purchase Order Terms for the GM Bolt Program
Effective:  March 30, 2022.
*
Magna Purchase Order Terms and Conditions, which are avaialable via the
Internet at www.magna.com (the Terms) are incorporated by reference herein
and form an itegral part herein.  Upon request, CCMI will furnish General
Aluminum with a hard copy of the Magna's Purchase Order Terms and

SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY

**IMPORTANT**
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an intergral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions.
SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDTIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Casting Michigan rules and requirements and applicable legislation.





**COSMA INTERNATIONAL**

**Cosma Casting Michigan**
A Division of Dieomatic Incorporated
10 Clark Rd.
Battle Creek, MI 49037
Phone: 269-966-4900  Fax: 269-966-4924
Email: CCM_SH_Purchasing@magna.com

# PURCHASE ORDER

REVISION # 113
SPOT ORDER
BLANKET ORDER     X

PURCHASE ORDER NO.
**110056**
This number MUST appear on all Packing Slips, Invoices, etc.

| SUPPLIER | SHIP-TO |
|---|---|
| GENERAL ALUMINUM-FREMONT, IN    GEN003<br>303 E. SWAGER DR<br>FREMONT, IN 46737<br><br>TEL: 330-298-7254 | COSMA CASTING MICHIGAN    CCMI<br>10 CLARK RD.<br>BATTLE CREEK, MI   49037 |

| PAYMENT TERMS | F.O.B. POINT | SHIP VIA |
|---|---|---|
| NET 55 DAYS | Free Carrier | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 4/17/19 | ** See Below ** |  | X | ☐ Prepaid  ☒ Collect  ☐ Invoice |

***All Invoices must be submitted via email to Cosma Casting Michigan (CCMi) AP department at CCM_SH_CCMAccounting@magna.com***

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | Conditions. General Aluminum's acceptance of this Purchase Order is Limited to the terms and conditions specified abot and incorporated by reference herein, and any additional or different terms or conditions proposed by General Aluminum are hereby rejected unless otherwise expressly agreed in writing by CCMI and signed by CCMI's authorized representatives.<br>*<br>CCMI is issuing this amended and restated Purchase Order at the insistence of General Aluminum as an exceptional measure to address the following extraordinary circumstances:<br>1) Extreme volatility in the market index prices for Aluminum and adders such as Silicon have drastically increased the price of raw materials required to produce the parts;<br>2) Price increases in the marketplace for increased wages, transportation, and utilities;<br>3) Agreement of finished part weight of 25 pounds per part<br>*<br>General Aluminum will remain in compliance with its contractual commitments with third parties (and otherwise compliant with applicable law) and sufficient financial resources and liquidity to meet its ongoing operational needs and to supply all of CCMI's requirements in accordance with this amendment and restated Purchase Order.<br>*<br>Pricing:<br>* | | | | | |

SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY

**IMPORTANT**
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an intergral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions
SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDTIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Casting Michigan rules and requirements and applicable legislation.





**COSMA INTERNATIONAL**

**Cosma Casting Michigan**
A Division of Dieomatic Incorporated
10 Clark Rd.
Battle Creek, MI 49037
Phone: 269-966-4900  Fax: 269-966-4924
Email: CCM_SH_Purchasing@magna.com

# PURCHASE ORDER

REVISION # 113
SPOT ORDER
BLANKET ORDER    X

| PURCHASE ORDER NO. |
|---|
| 110056 |
| This number MUST appear on all Packing Slips, Invoices, etc. |

| SUPPLIER | SHIP-TO |
|---|---|
| GENERAL ALUMINUM-FREMONT, IN    GEN003<br>303 E. SWAGER DR<br>FREMONT, IN 46737<br><br>TEL: 330-298-7254 | COSMA CASTING MICHIGAN    CCMI<br>10 CLARK RD.<br>BATTLE CREEK, MI  49037 |

| PAYMENT TERMS | F.O.B. POINT | SHIP VIA |
|---|---|---|
| NET 55 DAYS | Free Carrier | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 4/17/19 | ** See Below ** | ☐ | ☒ | ☐ Prepaid  ☒ Collect  ☐ Invoice |

***All Invoices must be submitted via email to Cosma Casting Michigan (CCMi) AP department at CCM_SH_CCMAccounting@magna.com***

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | The revised pricing as set forth above is intended to provide General Aluminum with higher pricing to address recent market fluctuations. General Aluminum and CCMI will review the metal portion of the pricing against current market conditions on a monthly basis.<br>Metal portion pricing (Supersedes Original Pricing Formula on page 1):<br>As previously agreed above, the Metal pricing formula is based on Platts Monthly Report published by S&P Global.  Current months production will be based on: two (2) months prior Midwest Transaction price multiplied by .93% plus 7% of the Silicon published price (533 Grade Del US Midwest) plus an Adder of $.10 per pound. April pricing based on February published pricing: $1.8412*.93 = $1.7123 + (4.4438*.07 =) $.3111 + $.10 = $2.1234 / pound<br>*<br>Fixed portion pricing for economic recovery of increased wages, utilities and transportation shall be in the amount of $7.95 per piece.<br>*<br>No incremental or unexpected costs will be accepted by CCMI without prior written authorization.  General Aluminum is responsible for all costs and expenses necessary to fulfill its obligations under this amended and restated Purchase Order, as set out in the Terms.<br>*<br>Volumes are estimates only and coincide with Customer releases.  CCMI cannot guarantee volumes or releases, other than as to the binding portion of any FIRM release provided by CCMI.<br>* | | | | | |

SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY

**IMPORTANT**
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an intergral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDTIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet  Contractors and suppliers must comply with Cosma Casting Michigan rules and requirements and applicable legislation.





**COSMA INTERNATIONAL**

**Cosma Casting Michigan**
A Division of Dieomatic Incorporated
10 Clark Rd.
Battle Creek, MI 49037
Phone: 269-966-4900  Fax: 269-966-4924
Email: CCM_SH_Purchasing@magna.com

# PURCHASE ORDER

REVISION # 113
SPOT ORDER
BLANKET ORDER    X

PURCHASE ORDER NO.

**110056**

This number MUST appear on all Packing Slips, Invoices, etc.

| SUPPLIER | SHIP-TO |
|---|---|
| GENERAL ALUMINUM-FREMONT, IN     GEN003<br>303 E. SWAGER DR<br>FREMONT, IN 46737<br><br>TEL: 330-298-7254 | COSMA CASTING MICHIGAN     CCMI<br>10 CLARK RD.<br>BATTLE CREEK, MI   49037 |

| PAYMENT TERMS<br>NET 55 DAYS | F.O.B. POINT<br>Free Carrier | | SHIP VIA<br>TRUCK | |
|---|---|---|---|---|
| DATE ORDERED<br>4/17/19 | DATE REQUIRED<br>** See Below ** | TAXABLE<br>☐ | NON-TAXABLE<br>☒ | FREIGHT CHARGES<br>☐ Prepaid  ☒ Collect  ☐ Invoice |

***All Invoices must be submitted via email to Cosma Casting Michigan (CCMi) AP department at CCM_SH_CCMAccounting@magna.com***

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | Revised pricing 3/1/22 -> 3/31/22 = $135.00 Ea | | | | | |
| | | Revised pricing 4/1/22 -> 4/30/22 = $138.4569 Ea | | | | | |
| | | Revised pricing 5/1/22 -> 5/31/22 = $141.8633 Ea | | | | | |
| | | Revised pricing 6/1/22 -> 6/30/22 = $138.8766 Ea | | | | | |

SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY

**IMPORTANT**
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an intergral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDTIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Casting Michigan rules and requirements and applicable legislation.

*Authorized Signature*

SUB-TOTAL: .00
TAX: .00
**TOTAL: .00**
CURRENCY
US DOLLARS