# Exhibit C



April 28, 2023

Dear Matt,

General Aluminum strives to maintain a balance between competitive pricing, costs, and profitability for our customers.  We continue to aggressively pursue productivity gains throughout our entire organization to offset internal and external cost increases.  However, we continue to be challenged by schedule fluctuations, inflation, wage increases, higher energy cost and transportation costs.   While we have taken all conceivable steps to offset costs, these efforts are simply overwhelmed by the rate and scale of the aforementioned items.

As explained in the recently released Park-Ohio Holdings Corp. 2022 10K, the Company has entered into a Memorandum of Understanding to sell its Aluminum Products business, subject to completion of a purchase agreement.  Aluminum Products is now classified as a discontinued operation.

In reviewing our costs, we found that the Bolt Front Cradle is severely underpriced, and the program has been cancelled with production ending in the 4th quarter of 2023.  We can no longer absorb these losses from this product.  With this said, we must announce a base price increase of $50.00 for the Bolt Front Cradle effective May 1, 2023.  Please update your Purchase Orders to reflect this increase.

I want to thank you and your team for your support during the increased demand from GM and the recent weather-related delivery issues caused by tornado damage to our Wapakoneta facility.

Thank you in advance for your support.


Regards,

Steve Case
*President*
General Aluminum Mfg., Co.
616-822-5394

General Aluminum Mfg., Co.          5159 S. Prospect St.          Ravenna, OH  44266