# Exhibit E



**General Aluminum Mfg., Co,**
5159 S. Prospect St.
Ravenna, OH 44266

Date: 05/15/2023

**Cosma Castings**
**10 Clark Road**
**Battle Creek, MI 409037**

Attention: Mr. Matt Garner
Email matthew.garner@magna.com

*Price adjustments Bolt Cradle*

Dear Matt,

General Aluminum Mfg., Co. strives to maintain a balance between competitive pricing, costs, and profitability for our customers. As discussed, General Aluminum is still experiencing unacceptable margins on the Bolt program even w/ the assistance of Cosma machining the excess overflow. General Aluminum continues to also invest in the capacity increases to support Magna & General Motors on this platform at higher than quoted volumes. With this said General Aluminum would like to propose the following. Effective post the 3 week PO number 119409.

### Revised Capacity
Raw casting capacity increases up to Maximum MCR – 1,920 units per week.
Fremont machining Increase up to Maximum MCR – 1,344 units per week.
CCMi to support machining – 576 units per week.

### Piece Prices May 11,2023 economics
Raw castings Bolt Cradle piece price - $144.72 each
Fully Machine Bolt Cradle piece price - $172.22 each

The above pricing is to implement a maximum MCR weekly and will require the CCMi Chiron to produce said quantities per week. The above prices and capacity may require an additional die and we are still evaluating and will get with you. Piece price assumes adequate returnable dunnage to be supplied and logics at FOB Gamco dock.

Best Regards,

Gary McLaughlin
Director of Sales & Marketing
**General Aluminum Mfg., Co.**
Phone – 330-298-7282
Cell – 330-696-6099

CC:
George Mohr
Steve Case