# Exhibit F



**From:** Garner, Matthew
**Sent:** Wednesday, May 17, 2023 9:58 AM
**To:** Fesenmyer, Bob <bob.fesenmyer@pkoh-ac.com>
**Cc:** Case, Steve <steve.case@pkoh-ac.com>; Rovere, Massimo <Massimo.Rovere@magna.com>; Probert, Ben <Ben.Probert@magna.com>; Mohr, George <George.Mohr@magna.com>; Kaminsky, Kevin <kevin.kaminsky@pkoh-ac.com>; McLaughlin, Gary D. <gary.mclaughlin@pkoh-ac.com>; Egelski, Jay <jay.egelski@pkoh-ac.com>; Dodaballapur, Ravi <ravi.dodaballapur@pkoh-ac.com>
**Subject:** RE: Bolt Price adjustment

Bob,

    If you take a look at my note, the issue I took was the reduction in the MCR volume, Magna always has and still firmly believes that the MCR volume is 1725 / week max. the GA team has repeatedly reinforced their position that it is 1500. Then out of nowhere I get a document that you threaten to stop shipment over with a price increase and an MCR that is lower than either of the 2 numbers that have been discussed. Hence my request for Gary to go back and review the numbers and costs associated and present a quote that I understand and has been vetted by the team. I have issued POs to GA at every turn to keep the program going, most recently with the $50 spot buy that is still in effect despite doing so under duress.

Quite honestly I am done with the threats, please review the state of all POs in play and let me know your answer. If you still wish to cease production on May 29th as you have put in the letter below, I will pass that along to the team at GM.

**Matt Garner**
Vice President Cosma Casting
Cosma International
(269) 986-4710


**From:** Fesenmyer, Bob <bob.fesenmyer@pkoh-ac.com>
**Sent:** Wednesday, May 17, 2023 9:37 AM
**To:** Garner, Matthew <matthew.garner@magna.com>
**Cc:** Case, Steve <steve.case@pkoh-ac.com>; Rovere, Massimo <Massimo.Rovere@magna.com>; Probert, Ben <Ben.Probert@magna.com>; Mohr, George <George.Mohr@magna.com>; Kaminsky, Kevin <kevin.kaminsky@pkoh-ac.com>; McLaughlin, Gary D. <gary.mclaughlin@pkoh-ac.com>; Egelski, Jay <jay.egelski@pkoh-ac.com>; Dodaballapur, Ravi <ravi.dodaballapur@pkoh-ac.com>
**Subject:** Bolt Price adjustment

WARNING: This e-mail originated from outside of Magna. Be cautious with links and attachments.

---

Matt,

I know Gary outlined General Aluminum's challenges in his notification of the price increase request.

I cannot emphasize enough the need to implement the requested increase. We want to retain our longstanding relationship, but without this price increase General Aluminum will find itself without the support of ParkOhio to fund future losses, including funding for the purchase of raw material and production supplies.

For the last three weeks we have been shipping based on the spot buy PO covering the increase of $50.00/part. We will need revised POs at the requested prices in Gary's latest quote or another spot buy PO until we receive the revised POs. Absent of one of those options, shipments to Magna for the Bolt machined parts and raw castings will be suspended beginning May 29, 2023.

We respectfully request your support.

Thanks,

Bob Fesenmyer
Chief Commercial Officer
Park Ohio Assembly Components Group
30000 Stephenson Hwy, Ste B
Madison Heights, MI 48071
419-779-3792

**From:** McLaughlin, Gary D. <gary.mclaughlin@pkoh-ac.com>
**Sent:** Monday, May 15, 2023 11:06 AM
**To:** Garner, Matthew <matthew.garner@magna.com>
**Cc:** Case, Steve <steve.case@pkoh-ac.com>; Rovere, Massimo <Massimo.Rovere@magna.com>; Probert, Ben <Ben.Probert@magna.com>; Mohr, George <George.Mohr@magna.com>; Fesenmyer, Bob <bob.fesenmyer@pkoh-ac.com>; Kaminsky, Kevin <kevin.kaminsky@pkoh-ac.com>
**Subject:** Bolt Price adjustment

Matt,

General Aluminum Mfg., Co. strives to maintain a balance between competitive pricing, costs, and profitability for our customers. As discussed, General Aluminum is still experiencing unacceptable margins on the Bolt program even w/ the assistance of Cosma machining the excess overflow. General Aluminum continues to also invest in the capacity increases to support Magna & General Motors on this platform at higher than quoted volumes. With this said General Aluminum would like to propose the following. Effective post the 3 week PO number 119409.

The above pricing is to implement a maximum MCR weekly and will require the CCMi Chiron to produce said quantities per week. The above prices and capacity may require an additional die and we are still evaluating and will get with you. Piece price assumes adequate returnable dunnage to be supplied and logics at FOB Gamco dock.

Thank you for your support.

Gary McLaughlin
Director of Sales and Marketing
**General Aluminum Mfg., Co.**
Office-330-298-7282
Cell – 330-696-6099
Gary.mclaughlin@pkoh-ac.com

2



From: Probert, Ben <Ben.Probert@magna.com>
Sent: Monday, May 1, 2023 6:42 PM
To: McLaughlin, Gary D. <gary.mclaughlin@pkoh-ac.com>
Cc: Case, Steve <steve.case@pkoh-ac.com>; Rovere, Massimo <Massimo.Rovere@magna.com>; Garner, Matthew <matthew.garner@magna.com>
Subject: Response Letter and Purchase Order

Gary,

Attached, please find our response letter dated May 1, 2023, Purchase Order 190409, and the production Blanket Purchase Order 110056 for reference.

Regards,
Ben

Benjamin C. "Ben" Probert | Sr. Purchasing Manager
Cosma Casting Michigan (CCMI)
10 N. Clark Rd | Battle Creek, MI
Direct: +1 269 966-4945
Mobile: +1 269 213-7269



CAUTION: This email originated from outside of the organization. This message might not be safe, use caution in opening it. If in doubt, do not open the attachment or links in the message.

3